UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNE MILLER-DIXON,<br><br>                      Plaintiff,<br><br>v.<br><br>FANNIE MAE, ANTHONELLA, DENNIS SEECHARAN, AAA COMMUNITY REALTY, and A & K JERSEY CONSTRUCTION OF NJ LLC,<br>                      Defendants. | Civ. No. 18-13394 (KM)<br><br>**MEMORANDUM OPINION** |

The plaintiff, Ms. Miller-Dixon, has submitted a motion to amend the complaint and reopen the case, brought on by order to show cause. (DE 25, dated May 31, 2019, filed June 3, 2019) A motion to amend the complaint will be denied if amendment would be futile. *See* Fed. R. Civ. P. 15.

I have previously denied an application for a temporary restraining order, (DE 18) By Opinion (DE 21) and Order (DE 22) I dismissed her complaint for lack of jurisdiction and failure to state a claim, without prejudice to the filing of an amended complaint within 30 days.

Ms. Miller-Dixon then submitted a letter, which I treated as a motion for reconsideration, suggesting that the court was unfair or biased. On April 3, 2019, I entered another opinion and order. (DE 24) In it, I repeated that the complaint simply did not state any claim over which a federal court would have jurisdiction. I stated again that the dismissal was without prejudice to amendment within 30 days, and I directed her to the court's online guidance for plaintiffs filing complaints without an attorney.

The suggested amendment to the complaint is not timely. I would therefore deny it on that basis alone.

Nevertheless, out of caution, I review the contents of the motion. Ms.

1

Miller-Dixon requests intervention of the Attorney General and the FBI Mortgage Fraud Task Force, and cites 42 U.S.C. § 3614. That statute, however, does not give a private party the right to sue. It provides that, where the Attorney General finds a pattern or practice of violations of laws against housing discrimination, or a denial of rights raising an issue of public importance, "*the Attorney General* may commence a civil action in any appropriate United States district court." (*Id.* (emphasis added)). Any such request for intervention must be addressed to the Attorney General.

The facts underlying the complaint are summarized in my earlier opinions. They provide no basis for federal jurisdiction and no facts plausibly suggesting the existence of a federal claim. The additional documents attached to the current motion do not suggest any federal cause of action.

## CONCLUSION

For the reasons stated above, the plaintiff's application (DE 25) is DENIED. The clerk shall close the file.

**KEVIN MCNULTY**
**United States District Judge**